IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOWARD LAWSON, JONATHAN JONES, THOMAS FLICK, | : : | |
| Petitioners, | : : | 1:18-cv-1174 |
| v. | : : | Hon. John E. Jones III |
| SUPT. GARMAN, | : : | |
| Defendant. | : | |

# **ORDER**

**June 22, 2018**

NOW THEREFORE, upon preliminary consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), filed by Petitioners Howard Lawson, Johnathan Jones, and Thomas Flick, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* (Doc. 2) is GRANTED for the sole purpose of the filing of this action.

2. The Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED without prejudice.

3. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge